# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 21-02584 SB (KSx) | Date: | May 17, 2021 |
|---|---|---|---|

| Title: | *Mo Rahman v. FCA US LLC et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **IN CHAMBERS**

On 05/12/2021, the Clerk's office issued a Notice to Filer of Deficiencies regarding the MOTION to Remand Case to Superior Court of the State of California for the County of Los Angeles filed by Plainitff Mo Rahman., Dkt. No. 23. The document is accepted as filed.