JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02584-SB-JC | Date: | 11/16/2021 |

| Title: | *Mo Rahman v. FCA US LLC et al.* |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**     ORDER OF DISMISSAL

     Both parties filed status reports on the execution of the parties' settlement agreement indicating that the settlement will be fully executed within the next 60 to 90 days. Dkt. Nos. 35, 37. This action is therefore dismissed in its entirety without prejudice. For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. Any such motion shall include a detailed declaration of due diligence, including a detailed timeline of all efforts and obstacles in attempting to complete the settlement. The party seeking to reopen should expect to appear before the Court with appropriate witnesses knowledgeable about the facts giving rise to the motion to reopen. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.